# Morgan Lewis

**William A. Engelhart**
Associate
+1.212.309.6661
william.engelhart@morganlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2019

December 4, 2019

**Via ECF**

The Honorable Stewart D. Aaron
United States District Court
 For the Southern District of New York
500 Pearl Street, Room 1970
New York, NY 10007

Application GRANTED. SO ORDERED.

Dated: December 5, 2019

*[signature]*

Re:  *Thorne v. Tory Burch LLC*, 1:19-cv-10403-JPO-SDA
     **Request to Extend Defendant's Time to Respond to Complaint**

Dear Judge Aaron:

We represent defendant Tory Burch LLC ("Defendant") in the above-referenced action. Pursuant to Rules I(A) and I(D) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Braulio Thorne ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from December 6, 2019 to January 7, 2020. This is Defendant's first request for an extension of time to file a response to the Complaint.

In support of this request, counsel for Defendant states that it recently has been engaged in this matter and needs time to become familiar with the relevant facts and allegations. As noted above, Plaintiff's counsel consents to this request. If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ William A. Engelhart

William A. Engelhart

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060      +1.212.309.6000
United States                 +1.212.309.6001