# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019

December 18, 2019

**Via ECF**

The Honorable Stewart D. Aaron
United States District Court
 For the Southern District of New York
500 Pearl Street, Room 1970
New York, NY 10007

Application GRANTED. The initial conference scheduled for January 8, 2020 is adjourned until Thursday, January 23, 2020 at 10:00 a.m. in Courtroom 11C. SO ORDERED.

Dated: December 19, 2019

Re: *Thorne v. Tory Burch LLC*, 1:19-cv-10403-JPO-SDA
    **Request to Adjourn Initial Conference**

Dear Judge Aaron:

We represent defendant Tory Burch LLC ("Defendant") in the above-referenced action. Pursuant to Rules I(A) and I(D) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Braulio Thorne ("Plaintiff"), respectfully to request that the Court adjourn the initial conference scheduled for January 8, 2020 at 2:00 p.m. to a date and time at least two weeks after Defendant's time to respond to the Complaint (i.e., two weeks after January 7, 2020). This is Defendant's first request to adjourn the initial conference. Defendant previously requested to extend its time to respond to the Complaint, which the Court granted on December 5, 2019.

In support of this request, counsel for Defendant states that, if granted, this adjournment will permit counsel to prepare Defendant's response to the Complaint and file that response prior to exchanging the required disclosures under Rule 26 and the preparing the other pre-conference submissions required by the Court's Scheduling Order (Dkt. No. 7). If granted, this adjournment will not affect any other date scheduled in this action. As noted above, Plaintiff's counsel consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060      +1.212.309.6000
United States                +1.212.309.6001