UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :
BRAULIO THORNE, on behalf of himself and all other    :
persons similarly situated,                                    :
                                                                  :
                         Plaintiff,                      :        19-cv-10403 (LJL)
                                                                  :
           -v-                                                      :              ORDER
                                                                  :
TORY BURCH LLC,                                           :
                                                                  :
                         Defendant.                  :
                                                                   X
------------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2020

LEWIS J. LIMAN, United States District Judge:

       The Complaint in this case was filed on November 8, 2019 (Dkt. No. 1). On January 28, 2020, following an extension of time to respond, Defendant filed a Motion to Dismiss (Dkt. No. 17). Plaintiff timely filed its First Amended Complaint on February 14, 2020 (Dkt. No. 21).

       Pursuant to Paragraph 3(B) of the Court's Individual Rules of Practice in Civil Cases, the previously-filed Motion to Dismiss is DENIED AS MOOT.

       SO ORDERED.

Dated: February 18, 2020
       New York, New York                                   LEWIS J. LIMAN
                                                               United States District Judge