```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
BRAULIO THORNE, on behalf of himself and all other                 :
persons similarly situated,                                        :
                                                                   :
                              Plaintiff,                           :   19-cv-10403 (LJL)
                                                                   :
        -v-                                                        :   ORDER
                                                                   :
TORY BURCH LLC,                                                    :
                                                                   :
                              Defendant.                           :
                                                                   X
--------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/1/2020

LEWIS J. LIMAN, United States District Judge:

    IT IS HEREBY ORDERED that this case is STAYED until July 28, 2020.

Dated: June 1, 2020  
       New York, New York  
                                          LEWIS J. LIMAN  
                                      United States District Judge